UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LLOYD A. RICHARD                                    CIVIL ACTION

VERSUS                                             NO. 08-1399

SHERIFF WILLY J. MARTIN, JR., ET AL.               SECTION "I" (2)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the

Report and Recommendation of the United States Magistrate Judge, and the failure of

plaintiff to file an objection to the Magistrate Judge's Report and Recommendation,

hereby approves the Report and Recommendation of the United States Magistrate Judge

and adopts it as its opinion in this matter.  Therefore,

    **IT IS ORDERED** that St. James Parish President Dale Hymel's motion for

judgment on the pleadings is **DISMISSED AS MOOT**.

    **IT IS FURTHER ORDERED** that plaintiff's complaint under 42 U.S.C. § 1983

is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to

state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

    **IT IS FURTHER ORDERED** that plaintiff's state law negligence claims are

**DISMISSED WITHOUT PREJUDICE.**

    New Orleans, Louisiana, this _____13th_____ day of January, 2009.


                              LANCE M. AFRICK
                        UNITED STATES DISTRICT JUDGE