UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LLOYD A. RICHARD | CIVIL ACTION |
| VERSUS | NO. 08-1399 |
| SHERIFF WILLY J. MARTIN, JR., ET AL. | SECTION "I" (2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of defendants to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion for summary judgment filed by defendants, Record Doc. No. 107, is hereby DENIED.

New Orleans, Louisiana, this __19th__ day of January, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE