UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LLOYD A. RICHARD | CIVIL ACTION |
| VERSUS | NO. 08-1399 |
| SHERIFF WILLY J. MARTIN, JR., ET AL. | SECTION "I" (2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's claims against Hank Steib and Osborne Wallace are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this \_\_\_10th\_\_\_ day of March, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE